In the Matter of FREDERICK FRANKLIN, Appellant, v NEW YORK STATE BOARD OF PAROLE APPEALS UNIT, Respondent.

Submitted April 14, 2014; decided June 5, 2014

Motion for reargument of motion for leave to appeal denied [*see* 22 NY3d 862 (2014)].

LEONARD HUTCHINSON, Appellant, v SHERIDAN HILL HOUSE CORP., Respondent.

Submitted April 28, 2014; decided June 5, 2014

Motion to vacate this Court's March 11, 2014 dismissal order granted [*see* 22 NY3d 1154 (2014)].

In the Matter of NUMRICH GUN PARTS CORPORATION, Appellant, v PETER M. RIVERA, as Commissioner of Labor, et al., Respondents.

Submitted May 21, 2014; decided June 5, 2014

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD GONZALEZ, Appellant.

Submitted May 19, 2014; decided June 5, 2014

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.